# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEREMY EVAN SIGAL,
                Appellant,
        vs.
THE STATE OF NEVADA,
                Respondent.

No. 70015

FILED

DEC 12 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a motion for modification of sentence and for an amended judgment of conviction to include jail time credits. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Appellant has filed a "Request to Withdraw Appeal on Motion for Jail Time Credit" and requests a "case index" for district court cases C-14-296286, C-14-296287, and C-14-296288. Appellant's request for district court case indices should be directed to the district court, and we therefore deny the request. Pursuant to appellant's motion to dismiss the appeal, and cause appearing, we

ORDER this appeal DISMISSED.

_____, C. J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

16-38352

cc: Hon. Eric Johnson, District Judge
Jeremy Evan Sigal
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk